**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>     v.<br><br>RIGOBERTO HERNANDEZ-VELLOS,<br><br>                    Defendant. | Case No.: 14cr3458-DMS<br><br>**ORDER AND JUDGMENT TO DISMISS WITHOUT PREJUDICE** |

   Upon motion of the United States of America and good cause appearing,

   IT IS HEREBY ORDERED that the Indictment in the above-entitled case be dismissed without prejudice.

   IT IS SO ORDERED.

DATED: June 4, 2015

_____
HONORABLE DANA M. SABRAW
United States District Judge